HAROLD M. SOMER, ESQ.
HAROLD M. SOMER, PC
Attorney for Hillrich Holding Corp.
1025 Old Country Road, Ste. 404
Westbury, NY 11590
(516) 248-8962

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In re:
                              Chapter 11

MS & Sons Corp.                     Case No. 14-44547-cec

                Debtor

_____

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned, on behalf of Hillrich Holding Corp pursuant to

Rules 2002, 3017(a) and 9036 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §342

hereby appears on behalf of said parties and demands service of all motions, adversary

proceedings, documents, monthly operating reports, all notices given or required in this case and

all other papers served in this case be given and served upon:

                Harold M. Somer, Esq.
                Harold M. Somer, PC
                1025 Old Country Road, Ste. 404
                Westbury, NY 11590
                Telephone: (516) 248-8962
                Fax:      (516) 333-0654
                E-Mail:   harold.somer@verizon.net

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and

papers referred to in the Rules specified above, but also includes without limitation orders and

notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, in connection with these proceedings.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any right to have final orders in non-core matters entered only after de novo review by a District Judge; to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to any other rights, claims, actions, defenses, setoffs or recoupments to which is or my be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: Westbury, New York
      November 13, 2014                                     HAROLD M. SOMER, PC

                                                         /S/ Harold M. Somer
                                             By:_____
                                               HAROLD M. SOMER, ESQ.
                                               1025 Old Country Road, Ste. 404
                                               Westbury, NY 11590
                                               (516) 248-8962