HAROLD M. SOMER, ESQ.
HAROLD M. SOMER, PC
Attorney for Hillrich Holding Corp.
1025 Old Country Road, Ste. 404
Westbury, NY 11590
(516) 248-8962

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In re:                                                                    Chapter 11
MS & Sons Corp.                                                Case No. 14-44547-cec
                              Debtor
                                                NOTICE OF SETTLEMENT
_____

      PLEASE TAKE NOTICE that the within proposed Order Dismissing With Prejudice and Vacating Automatic Stay With Prejudice will be presented for signature to the Hon. Carla E. Craig, Chief Bankruptcy Judge, at the United States Bankruptcy Court, U.S. Courthouse, 271- C Cadman Plaza East, Brooklyn, New York 11201at 10:00 am on December 8, 2014.  If objections are timely filed, the Court will schedule a date for a hearing.

      **PLEASE TAKE FURTHER NOTICE** that objections to said application must be filed in writing electronically in accordance with Local Rules of the United States Bankruptcy Court for the Eastern District of New York, in accordance with General Order No. 462 by registered users of the Bankruptcy Court's Electronic Filing System, and by all other panties in interest on a 3.5 inch diskette, preferably in portable document form (PDF), Corel Word Perfect, Microsoft Word, with a hard copy delivered directly Chambers and copies to be received by Harold M. Somer, Esq.,  Harold M. Somer, PC, Counsel for the Movant at 1025 Old Country Road, Suite 404, Westbury, New York 11590; and Nazar Khodorovsky, Esq., US Trustee's Office, 201 Varick St., Ste. 1006, New York, NY 10014 and any party that has filed a Notice of Appearance in accordance with the Federal Rules of Bankruptcy

Procedure and the Local Rules for the United States Bankruptcy Court for the Eastern District of New York.

Dated: Westbury, New York
November 26, 2014

          HAROLD M. SOMER, PC
          Attorney for Hillrich Holding Corp.

          /S/ Harold M. Somer

By: _____
   HAROLD M. SOMER, ESQ.
   1025 Old Country Road, Suite. 404
   Westbury, New York 11590
   (516) 248-8962